YETTE ZESSLER, an Infant, etc., by MAX ZESSLER, Her Guardian ad Litem, Appellant, v. CHARLES HENTSCHEL, Doing Business under the Firm Name and Style of HENTSCHEL BROTHERS, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the damages are inadequate. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

In the Matter of the Application of EDWIN W. FISKE for a Peremptory Writ of Mandamus.— Motions for stays denied, without costs. Rich, Putnam and Blackmar, JJ., concurred; Jenks, P. J., and Stapleton, J., dissented upon the ground that the record fails to show that there are before the board of canvassers the data prescribed by statute* that enable it to act upon the vote of the sailors, soldiers and marines in the third election district of the third ward.

HENRY BIRD, Plaintiff, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

GUSSIE BROWN, Appellant, v. JENNIE PRESS and ANNIE ESCHAN, Respondents.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the damages are inadequate. Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

ANNIE DAVIDSON, as Administratrix, etc., of JOHN DAVIDSON, Deceased, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant. — Judgment reversed and new trial granted, costs to abide the event, on the ground that the plaintiff has failed to establish the cause of action alleged in the complaint, and that the proof failed to establish any such defect in the condition of the pavement at the place of the accident as to charge the defendant with negligence. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

SARAH M. DE BEVOISE and Others, Respondents, v. MAPLE AVENUE CONSTRUCTION COMPANY, INC., and Others, Defendants, Impleaded with ABRAHAM WEINSTOCK and LOUIS FISHMAN, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Putnam and Blackmar, JJ., concurred; Rich, J., dissented.

---

* See Election Law (Consol. Laws, chap. 17; Laws of 1909, chap. 22), § 514, as amd. by Laws of 1917, chap. 815.— [REP.